# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TATYANA KARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:20-cv-03385-MDH |
| ) | |
| CFI RESORTS MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 26), in which the parties stipulate that this matter may be dismissed with prejudice and each party to bear its own costs.

WHEREFORE, after reviewing the Joint Stipulation for Dismissal With Prejudice, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own respective costs.

**IT IS SO ORDERED.**

DATED: May 28, 2021

                                                  */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**